IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KIMBERLY FARLEY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>Defendant. | Case No.: 1:22-cv-00468-UA-JLW |
| Chad Forrester, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Eye Care Leaders Holdings, LLC,<br><br>Defendant. | Case No. 1:22-cv-00503-UA-JLW |
| KIMBERLY SANDVIG, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>Defendant. | Case No. 1:22-cv-00502-UA-JLW |

**PLAINTIFFS' MOTION TO CONSOLIDATE**

Pursuant to Federal Rule of Civil Procedure 42(a)(2) Kimberly Farley, Chad Forrester, and Kimberly Sandvig ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move for an order consolidating the above captioned matters *Farley v. Eye Care*

*Leaders Holdings, LLC,* No. 1:22-cv-00468-UA-JLW, (hereafter the "*Farley* Action"), *Forrester v. Eye Care Leaders Holdings, LLC,* No. 1:22-cv-00503-UA-JLW, (hereafter the "*Forrester* Action"), and *Sandvig Eye Care Leaders Holdings, LLC,* No. 1:22-cv-00502-UA-JLW, (hereafter the "*Sandvig* Action") (together the "Related Actions").

This motion is based on this Motion; the accompanying Memorandum in support; the Proposed Order submitted herewith; and any other matter the Court may wish to consider.

Dated: August 2, 2022                                                Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
gklinger@milberg.com

Scott C. Harris
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5003
Fax: (919) 600-5035
sharris@milberg.com

Jean S. Martin
NC 25703
Francesca Kester*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 559-4908
jeanmartin@ForThePeople.com
fkester@ForThePeople.com

2

Samuel J. Strauss*
Raina C. Borrelli*
Alex Phillips*
**TURKE & STRAUSS LLP**
sam@turkestrauss.com
raina@turkestrauss.com
alexp@turkestrauss.com
613 Williamson St., Suite 201
Madison, WI 53703
Telephone (608) 237-1775
Facsimile: (608) 509-4423

Bryan L. Bleichner*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South,
Suite 1700 Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Gary E. Mason
gmason@masonllp.com
Danielle L. Perry*
dperry@masonllp.com
Lisa A. White
lwhite@masonllp.com
**MASON LLP**
5101 Wisconsin Ave. NW Ste. 305
Washington DC 20016
Phone: 202.640.1160
Fax: 202.429.2294

Ben Barnow*
b.barnow@barnowlaw.com
Anthony L. Parkhill*
aparkhill@barnowlaw.com
Riley W. Prince*
rprince@barnowlaw.com
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Telephone: (312) 621-2000
Facsimile: (312)641-5504

3

Joel R. Rhine
NCSB # 16028
**Rhine Law Firm, P.C.**
1612 Military Cutoff Road
Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
JRR@rhinelawfirm.com

*\*pro hac vice applications*

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2022 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger