UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Kimberly Farley

    V.                                                Case Number: 1:22CV00468

Eye Care Leaders Holdings, LLC

# **NOTICE**

**Take notice** that a proceeding in this case has been set as indicated below:

                      PLACE:    L. Richardson Preyer Building
                                            324 W. Market Street
                                            Greensboro, NC 27401
        COURTROOM NO.:    1-A
      DATE AND TIME:    April 10, 2023 at 10:30 a.m.
         PROCEEDINGS:    Settlement Conference

---

John S. Brubaker, Clerk

By:  <u>/s/Kimberly Garrett, Deputy Clerk</u>

Date:   March 23, 2023