THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALLIANCE OPHTHALMOLOGY, PLLC;
DALLAS RETINA CENTER, PLLC; AND
TEXAS EYE AND CATARACT, PLLC, on
behalf of themselves and all others similarly
situated,

Plaintiffs,

v.

ECL GROUP, LLC,

Defendant.

CASE NO: 1:22-CV-00296

KIMBERLY        FARLEY,        CHAD
FORRESTER,       AND       KIMBERLY
SANDVIG, on behalf of themselves and all
others similarly situated,

Plaintiffs,

v.

EYE CARE LEADERS HOLDINGS,
LLC,

Defendant.

CASE NO: 1:22-CV-00468

## ORDER ESTABLISHING INTERIM CASE MANAGEMENT DEADLINES AND STAYING OTHER CASE DEADLINES

Upon consideration of the parties' Joint Status Report and Proposed Amendment to

Case Management Order, the Court determines that good cause exists to establish interim

case management deadlines and stay all other case deadlines. IT IS THEREFORE ORDERED that the following deadlines shall apply:

- May 1:

  o Deadline to amend complaints;

- May 30:

  o Deadline to memorialize any settlement agreement;

- June 1

  o Deadline to file consent motion to consolidate Case No. 1:22-CV-00296 and 1:22-CV-00468

- June 30:

  o Deadline to move for approval of any class settlement.

IT IS FURTHER ORDERED that all other case deadlines are stayed until resolution of any motion for approval of any class settlement.

SIGNED this 20th day of April , 2023.

_____
UNITED STATES MAGISTRATE JUDGE