IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| KIMBERLY FARLEY, CHAD FORRESTER, and KIMBERLY SANDVIG, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:22-CV-468 |
| EYE CARE LEADERS HOLDING, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court has reviewed the joint motion to certify class and preliminarily approve settlement and has a few questions. The matter is set for hearing by video conference on August 16, 2023, at 2 p.m. Courtroom 3 in Greensboro will be open for public access. The court's primary questions are about how the claims process will work.

**SO ORDERED**.

This the 4th day of August, 2023.

UNITED STATES DISTRICT JUDGE