# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

KIMBERLY FARLEY, et al.

      v.                                                       Case Number: 1:22CV468

EYE CARE LEADERS

# NOTICE OF VIDEO CONFERENCE HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C. |
| **COURTROOM NO:** | 3 |
| **DATE & TIME:** | August 16, 2023 at 2:00 p.m. |
| **PROCEEDING:** | Video Conference regarding Jt. Motion to Certify Class and Preliminarily Approve Settlement |

**Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.**

**\*Participates are required to log in no later than 15 minutes prior to start of the hearing.**

_____

John S. Brubaker, Clerk

By: /s/<u>Robin Winchester</u>, Deputy Clerk

Date:     August 7, 2023

TO:     COUNSEL OF RECORD