THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALLIANCE OPHTHALMOLOGY, PLLC; DALLAS RETINA CENTER, PLLC; TEXAS EYE AND CATARACT, PLLC; AND HOFACRE OPTOMETRIC CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECL GROUP, LLC; ECL HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; ALTA BILLING, LLC; AND ALTA BILLING HOLDINGS, LLC,<br><br>Defendants. | 1:22-CV-00296-LCB-JLW |
| KIMBERLY FARLEY, CHAD FORRESTER, AND KIMBERLY SANDVIG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>Defendant. | 1:22-CV-00468-CCE-JLW |

# NOTICE PLAN

Pursuant to the Court's Order granting Preliminary Certification of the Settlement Classes and Preliminary Approval of the Class Action Settlement (Doc. 71), the parties jointly submit the Notice Plan to the Court. Attached hereto are:

- Declaration of Cameron R. Azari, Esq. Regarding Notice Plan;
- Proposed Long Form Notice;
- Proposed Physician Settlement Class Email Notice;
- Proposed Patient Settlement Class Email Notice;
- Proposed Physician Settlement Class Postcard Notice; and,
- Proposed Patient Settlement Class Claim Form.[1]

WHEREFORE, the parties incorporate the attached Notice Plan documents and respectfully request that the Court approve the Notice Plan, schedule the fairness hearing, and establish deadlines for providing notice, objecting to the Settlement Agreement, filing a petition for a fee award, and filing briefs in support of final approval of the Settlement Agreement and certification.

---

[1] The Physician Settlement Class Claim Form shall be in a format substantially similar to the Patient Settlement Class Claim Form, except, consistent with the Settlement Agreement, it will have a section addressing entitlement to credits for class members who were under contract with Defendants as of April 2023 rather than sections addressing payment for out-of-pocket losses.

This the 5th day of September, 2023,

*/s/ Patrick G. Spaugh*
Russ Ferguson (N.C. Bar No. 39671)
russ.ferguson@wbd-us.com
Matthew F. Tilley (NC Bar No. 40125)
matthew.tilley@wbd-us.com
Patrick G. Spaugh (N.C. Bar No. 49532)
patrick.spaugh@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, North Carolina 28202-6037
Phone: 704-350-6361

*Counsel for Alliance Ophthalmology, PLLC; Dallas Retina Center, PLLC; Texas Eye and Cataract, PLLC; and Hofacre Optometric Corporation, on behalf of themselves and all others similarly situated corporation*

*/s/ Kristen Ward Broz*
Matthew Nis Leerberg (N.C. Bar No. 35406)
mleerberg@foxrothschild.com
FOX ROTHSCHILD LLP
P.O. Box 27525
Raleigh, NC 27611
Phone: 919-755-8700

*Counsel for Defendants*

*/s/ Jean Sutton Martin*
Gary E. Mason
gmason@masonllp.com
MASON LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Phone: 202-429-2290

3

Jean Sutton Martin (N.C. Bar No. 25703)
jeanmartin@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Phone: 813-559-4908

Gary M. Klinger
gklinger@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866-252-0878

*Interim Co-Lead Counsel for Kimberly Farley, Chad Forrester, and Kimberly Sandvig, on behalf of themselves and all others similarly situated*