THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALLIANCE OPHTHALMOLOGY, PLLC; DALLAS RETINA CENTER, PLLC; TEXAS EYE AND CATARACT, PLLC; AND HOFACRE OPTOMETRIC CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECL GROUP, LLC; ECL HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; ALTA BILLING, LLC; AND ALTA BILLING HOLDINGS, LLC,<br><br>Defendants. | 1:22-CV-00296-LCB-JLW |
| KIMBERLY FARLEY, CHAD FORRESTER, AND KIMBERLY SANDVIG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>Defendant. | 1:22-CV-00468-CCE-JLW |

# REVISED NOTICE PLAN DOCUMENTS

Pursuant to the Court's Order on September 14, 2023 (Doc. 44), the parties jointly submit the following revised Notice Plan documents:

- Proposed Long Form Notice;
- Proposed Physician Settlement Class Email Notice;
- Proposed Patient Settlement Class Email Notice;
- Proposed Physician Settlement Class Postcard Notice;
- Proposed Patient Settlement Class Claim Form; and,
- Proposed Physician Settlement Class Claim Form.[1]

These revised documents should address all of the Court's questions, comments, and proposed edits in its Order with the exception of Question 2. The Court asked about why the notice documents had a distinction for members of the Physician Settlement Class who were under contract with ECL as of April 2023. This distinction does not impact the Physician Settlement Class definition or whether a physician or practice is a member of the Physician Settlement Class. Instead, it impacts whether a member of the Physician Settlement Class is entitled to a billing credit. Under Section 3.2 of the Settlement Agreement (Doc. 67-1), the billing credits are available only for members of the myCare Integrity Class, iMedicWare Class, and MyVisionExpress Class who remained under contract with ECL as of April 2023.

---

[1] The Proposed Physician Settlement Class Claim form is a new document that was not part of the initial submission (Doc. 72).

WHEREFORE, the parties incorporate the attached Notice Plan documents, along with the Declaration of Cameron R. Azari (Doc. 72-1), and respectfully request that the Court approve the Notice Plan, schedule the fairness hearing, and establish deadlines for providing notice, objecting to the Settlement Agreement, filing a petition for a fee award, and filing briefs in support of final approval of the Settlement Agreement and certification.

This the 4th day of October, 2023,

*/s/ Patrick Grayson Spaugh*
Russ Ferguson (N.C. Bar No. 39671)
russ.ferguson@wbd-us.com
Matthew F. Tilley (NC Bar No. 40125)
matthew.tilley@wbd-us.com
Patrick G. Spaugh (N.C. Bar No. 49532)
patrick.spaugh@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, North Carolina 28202-6037
Phone: 704-350-6361

*Counsel for Alliance Ophthalmology, PLLC; Dallas Retina Center, PLLC; Texas Eye and Cataract, PLLC; and Hofacre Optometric Corporation, on behalf of themselves and all others similarly situated corporation*

3

*/s/ Kristen Ward Broz*
Matthew Nis Leerberg (N.C. Bar No. 35406)
mleerberg@foxrothschild.com
Kristen Ward Broz
kbroz@foxrothschild.com
FOX ROTHSCHILD LLP
P.O. Box 27525
Raleigh, NC 27611
Phone: 919-755-8700

*Counsel for Defendants*

*/s/ Jean Sutton Martin*
Gary E. Mason
gmason@masonllp.com
MASON LLP
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Phone: 202-429-2290

Jean Sutton Martin (N.C. Bar No. 25703)
jeanmartin@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Phone: 813-559-4908

Gary M. Klinger
gklinger@milberg.com
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866-252-0878

*Interim Co-Lead Counsel for Kimberly Farley, Chad Forrester, and Kimberly Sandvig, on behalf of themselves and all others similarly situated*