THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALLIANCE OPHTHALMOLOGY, PLLC; DALLAS RETINA CENTER, PLLC; TEXAS EYE AND CATARACT, PLLC; AND HOFACRE OPTOMETRIC CORPORATION, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ECL GROUP, LLC; ECL HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; ALTA BILLING, LLC; AND ALTA BILLING HOLDINGS, LLC,<br><br>    Defendants. | 1:22-CV-296 |
| KIMBERLY FARLEY, CHAD FORRESTER, AND KIMBERLY SANDVIG, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>    Defendant. | 1:22-CV-468 |

# ORDER

This matter comes before the Court on the parties' Notice of Lifting of Bankruptcy Stay and Joint Motion For Scheduling Order. For good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that the following deadlines shall apply:

- **May 24, 2024** - Deadline for objections of Physician Class Members who received postcard notices to be postmarked;

- **May 28, 2024** – Deadline for Settlement Administrator to provide declaration under oath attesting that the Notice Plan was executed and summarizing objections;

- **May 31, 2024** – Deadline for Class Counsel and Parties to file a petition for any proposed fee awards and file briefs in support of the final approval of the Settlement Agreement and Certification;

- **June 17, 2024** – Deadline to depose any objector from the 479 postcard recipients of the Physician Settlement Class;

- **June 21, 2024** – deadline to file, with personal protected information redacted, any transcripts of depositions of any objector from the 479 postcard recipients of the Physician Settlement Class;

- **June 24, 2024**, 10 a.m. – Final Approval Hearing, Greensboro Courtroom 3; and,

- **July 24, 2024** – Claim Form Deadline.

It is further **ORDERED** that the Settlement Administrator shall provide notice of the new deadlines and rescheduled Final Approval Hearing on the Settlement Website.

This the 21st day of May, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE