IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALLIANCE OPHTHALMOLOGY, PLLC; DALLAS RETINA CENTER, PLLC; TEXAS EYE AND CATARACT, PLLC; and HOFACRE OPTOMETRIC CORPORATION, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:22-CV-296 |
| ECL GROUP, LLC; ECL HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; ALTA BILLING, LLC; and ALTA BILLING HOLDINGS, LLC, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| KIMBERLY FARLEY, CHAD FORRESTER, and KIMBERLY SANDVIG, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:22-CV-468 |
| EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; | ) ) ) ) ) ) ) ) ) | |

| | )|
|---|---|
|ALTA BILLING, LLC; and ALTA BILLING HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER SCHEDULING FINAL APPROVAL HEARING

In August 2023, the Court granted the parties' joint motion for preliminary certification of the settlement classes and preliminary approval of the settlement agreement. *See* Doc. 71. The Court approved the parties' proposed notice plan in October 2023 and set the matter for hearing on motion for final approval. *See* Doc. 75, Doc. 75 at 2–5. In January 2024, after notice certain defendants were in bankruptcy, the Court stayed the case. *See* Text Orders 01/30/2024; 01/31/2024. On April 22, 2024, the U.S. Bankruptcy Court for the Northern District of Texas entered an order lifting the automatic stay to allow final approval and implementation of the class action settlement. *See* Doc. 80.

It is **ORDERED** that the Final Approval Hearing is scheduled for **June 24, 2024**, at **10 a.m**. in Greensboro Courtroom 3. The Clerk shall publish this Order on the court website.

This the 21st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE