UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KIMBERLY FARLEY, CHAD FORRESTER, and KIMBERLY SANDVIG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>Defendant. | Case No. 1:22-CV-468 |

**PLAINTIFFS' MOTION FOR**
**ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**

Pursuant to Federal Rule of Civil Procedure 23 and this Court's Order Granting Preliminary Approval of Class Action Settlement, Plaintiffs Kimberly Farley, Chad Forrester, Kimberly Sandvig, Detrina Solomon, and Jeanne Byers, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") respectfully moves this Court for approval of requested attorneys' fees, reimbursement of expenses, and service awards provided for by the Settlement Agreement. In support of this request, Plaintiffs state and present the following:

1

1. The terms of the Settlement are set forth in the Amended Settlement Agreement.

2. The relief sought in this Motion is supported by the Declaration of Gary M. Klinger filed herewith, and Plaintiffs' Supporting Memorandum of Law filed herewith.

WHEREFORE, Plaintiffs respectfully request that the Court grant the instant motion, and enter an order (as part of this Court's order finally approving this class action settlement) approving Plaintiffs' requested attorneys' fees of $872,173.77, inclusive of $5,828.79 in reasonable litigation expenses, and a Service Award in the amount of $1,000 to each Representative Patient Plaintiff.

Dated: May 31, 2024   Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

Scott C. Harris
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLCR**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5003
sharris@milberg.com

Jean Sutton Martin (N.C. Bar No. 25703)
jeanmartin@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Phone: 813-559-4908

Gary E. Mason
gmason@masonllp.com
**MASON LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Phone: 202-429-2290

*Class Counsel for Kimberly Farley, Chad Forrester, and Kimberly Sandvig, on behalf of themselves and all others similarly situated*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Gary M. Klinger*
Gary M. Klinger