THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALLIANCE OPHTHALMOLOGY, PLLC; DALLAS RETINA CENTER, PLLC; TEXAS EYE AND CATARACT, PLLC; AND HOFACRE OPTOMETRIC CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECL GROUP, LLC; ECL HOLDINGS, LLC; EYE CARE LEADERS HOLDINGS, LLC; EYE CARE LEADERS PORTFOLIO HOLDINGS, LLC; INTEGRITY EMR, LLC; INTEGRITY EMR HOLDINGS, LLC; ALTA BILLING, LLC; AND ALTA BILLING HOLDINGS, LLC,<br><br>Defendants. | 1:22-CV-00296-LCB-JLW |
| KIMBERLY FARLEY, CHAD FORRESTER, AND KIMBERLY SANDVIG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EYE CARE LEADERS HOLDINGS, LLC,<br><br>Defendant. | 1:22-CV-00468-CCE-JLW |

# PHYSICIAN SETTLEMENT CLASS COUNSEL'S UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS, AND CLASS SERVICE AWARDS

Pursuant to Rules 54(d)(2) and 23(h) of the Federal Rules of Civil Procedure and LR 7.3, Physician Settlement Class Counsel move the Court to:

1. Award attorneys' fees in the amount of 33% of the Physician Settlement Fund, which constitutes an award of $486,816.50;

2. Award attorneys' fees in the amount of 33% of any insurance proceeds obtained from the insurance policies that, under §§ 3.3 and 3.4 of the Settlement Agreement, will be assigned to the Physician Settlement Class upon final approval;

3. Award costs incurred in connection with the prosecution of this class action in the amount of $4,102.97; and,

4. Award the following class service awards: $40,000 each to Alliance Ophthalmology, PLLC, and Dallas Retina Center, PLLC, and Texas Eye and Cataract, PLLC; $20,000 to Hofacre Optometric Corporation, who was added as a named plaintiff in the Second Amended Complaint; and $10,000 each to Shulkin Eye Associates, Gorden Eye Associates PA, Regional Eye Associates, Inc., Eye Associates, LLC, and SurgiCenter of Vineland Holdings, LLC.

In support of this Motion, Physician Settlement Class Counsel relies on and incorporates its Memorandum in Support of this Motion, and exhibits thereto, including the Declaration of Patrick Grayson Spaugh, which is being filed contemporaneously with this Motion and is hereby incorporated by reference.

WHEREFORE, Physician Settlement Class Counsel respectfully requests that the Court grant this Motion.

This the 31st day of May, 2024,

*/s/ Patrick G. Spaugh*

Russ Ferguson (N.C. Bar No. 39671)
russ.ferguson@wbd-us.com
Matthew F. Tilley (NC Bar No. 40125)
matthew.tilley@wbd-us.com
Patrick G. Spaugh (N.C. Bar No. 49532)
patrick.spaugh@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, North Carolina 28202-6037
Phone: 704-350-6361

*Settlement Class Counsel for Alliance Ophthalmology, PLLC; Dallas Retina Center, PLLC; Texas Eye and Cataract, PLLC; and Hofacre Optometric Corporation, on behalf of themselves and all others similarly situated*